The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## BOURG v. STATE.
### No. 18444.

Court of Criminal Appeals of Texas.
April 22, 1936.

Clark Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, five years in the penitentiary.

We find in the record an affidavit in due form made by appellant asking that the appeal be dismissed. The request is granted. The appeal is dismissed.

## MALLARD v. STATE.
### No. 18294.

Court of Criminal Appeals of Texas.
April 22, 1936.

Frank Bezoni, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty. of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted of burglary, it being further alleged in the indictment that appellant had been previously convicted of other felonies which brought him within the habitual criminal statute. See article 63, P.C. Punishment assessed was imprisonment in the penitentiary for life.

The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.